AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| _____ FILED _____ LODGED |
| _____RECEIVED |
| 03/22/2021 |
| CLERK U.S. DISTRICT COURT |
| WESTERN DISTRICT OF WASHINGTON AT TACOMA |
| BY _____ DEPUTY |

In the Matter of the Search of                )
*(Briefly describe the property to be searched*   )
*or identify the person by name and address)*   )   Case No.  MJ19-5267-02
                                               )
Subject Person KOLTIN JEROME LOZIER    )
                                               )
                                               )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____ *(identify the person or describe the property to be searched and give its location)*:

Subject Person KOLTIN JEROME LOZIER as further described in Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____January 13, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any U.S. Magistrate Judge_____ .
                                                                                            *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   12/30/2019  302pm         [signature] DWChristel
                                                                      *Judge's signature*

City and state:     Tacoma, Washington            DAVID W. CHRISTEL, U.S. MAGISTRATE JUDGE
                                                                      *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>MJ 19-5267-02 | Date and time warrant executed:<br>01/02/20 ~ 6:05a.m. | Copy of warrant and inventory left with: a t<br>4814 242nd St. E, Graham, WA |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- Koltin Jerome Lozier seized.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  03/22/21

Theresa L. Fricke

3-22-2021

_Executing officer's signature_

Kyle McNeal, FBI Special Agent
_Printed name and title_

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTACHMENT A**

### **Description of Property to be Searched**

The physical address of the SUBJECT PREMISES is 4814 242nd Street E, Graham, Washington 98338. The SUBJECT PREMISES is the property at this address containing a single family, single story residence located in Pierce County, Washington. Google maps displayed the following images to include an overview of the property and the front of the residence.



ATTACHMENT A - 1
USAO #2019R01259

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

16       The search is to include all rooms and vehicles on the SUBJECT PREMISES, as

17  well as any garage/parking spaces or storage units/outbuildings located thereon and any

18  digital device(s) found therein. However, if law enforcement can reasonably determine

19  that the SUBJECT PERSON neither owns nor has access to a particular digital device,

20  this warrant does not authorize the search or seizure of such digital devices.    .

21
22
23
24
25
26
27
28

ATTACHMENT A - 2
USAO #2019R01259

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     The SUBJECT PERSON is KOLTIN JEROME LOZIER (DOB:  XX/XX/1991),

2  pictured below:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

The following records, documents, files, or materials, in whatever form, including handmade or mechanical form (such as printed, written, handwritten, or typed), photocopies or other photographic form, and electrical, electronic, and magnetic form (such as CDs, DVDs, smart cards, thumb drives, camera memory cards, electronic notebooks, or any other storage medium), that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. § 2251(a), 18 U.S.C. § 2252(a)(2) (Receipt or Distribution of Child Pornography), and 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography), which may be found at the SUBJECT PREMISES or on the SUBJECT PERSON:

1. Any visual depiction of minor(s) engaged in sexually explicit conduct and child erotica, in any format or media and any items depicted in those visual depictions that may help to identify the person depicted or the creator of the depictions;

2. Evidence of the installation and use of P2P software, and any associated logs, saved user names and passwords, shared files, and browsing history;

3. Letters, e-mail, text messages, and other correspondence/records identifying persons transmitting child pornography, or evidencing the transmission of child pornography, through interstate or foreign commerce, including by mail or by computer, or evidences contact with minors;

4. All invoices, purchase agreements, catalogs, canceled checks, money order receipts, credit card statements or other documents pertaining to the transportation or purchasing of images of minors engaged in sexually explicit conduct;

5. Any and all address books, names, lists of names, telephone numbers, and addresses of individuals engaged in the transfer, exchange, or sale of child pornography;

6. Any non-digital recording devices and non-digital media capable of storing images and videos.

ATTACHMENT B - 1
USAO #2019R01259

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     7.     Digital devices and/or their components, which include, but are not limited
2  to:

3          a.     Any digital devices and storage device capable of being used to
4  commit, further, or store evidence of the offense listed above;

5          b.     Any digital devices used to facilitate the transmission, creation,
6  display, encoding or storage of data, including word processing equipment, modems,
7  docking stations, monitors, cameras, printers, encryption devices, and optical scanners;

8          c.     Any magnetic, electronic, or optical storage device capable of
9  storing data, such as disks, tapes, CD-ROMs, CD-Rs, CD-RWs, DVDs, printer or
10  memory buffers, smart cards, PC cards, memory sticks, flashdrives, USB/thumb drives,
11  camera memory cards, media cards, electronic notebooks, and personal digital assistants;

12          d.     Any documentation, operating logs and reference manuals regarding
13  the operation of the digital device or software;

14          e.     Any applications, utility programs, compilers, interpreters, and other
15  software used to facilitate direct or indirect communication with the computer hardware,
16  storage devices, or data to be searched;

17          f.     Any physical keys, encryption devices, dongles and similar physical
18  items that are necessary to gain access to the computer equipment, storage devices or
19  data; and

20          g.     Any passwords, password files, test keys, encryption codes or other
21  information necessary to access the computer equipment, storage devices or data;

22     8.     Evidence of who used, owned or controlled any seized digital device(s) at
23  the time the things described in this warrant were created, edited, or deleted, such as logs,
24  registry entries, saved user names and passwords, documents, and browsing history;

25     9.     Evidence of malware that would allow others to control any seized digital
26  device(s) such as viruses, Trojan horses, and other forms of malicious software, as well
27  as evidence of the presence or absence of security software designed to detect malware;
28  as well as evidence of the lack of such malware;

ATTACHMENT B - 2
USAO #2019R01259

1      10.    Evidence of the attachment to the digital device(s) of other storage devices

2   or similar containers for electronic evidence;

3      11.    Evidence of counter-forensic programs (and associated data) that are

4   designed to eliminate data from a digital device;

5      12.    Evidence of times the digital device(s) was used;

6      13.    Any other ESI from the digital device(s) necessary to understand how the

7   digital device was used, the purpose of its use, who used it, and when.

8      14.    Records and things evidencing the use of the IP addresses used at the

9   SUBJECT PREMISES including:

10         a.    Routers, modems, and network equipment used to connect

11   computers to the Internet;

12         b.    Records of Internet Protocol (IP) addresses used;

13         c.    Records of Internet activity, including firewall logs, caches, browser

14   history and cookies, "bookmarked" or "favorite" web pages, search terms that the user

15   entered into any Internet search engine, and records of user-typed web addresses.

16

17

18   **The seizure of digital devices and/or their components as set forth herein is**
19   **specifically authorized by this search warrant, not only to the extent that such**
     **digital devices constitute instrumentalities of the criminal activity described above,**
20   **but also for the purpose of the conducting off-site examinations of their contents for**
     **evidence, instrumentalities, or fruits of the aforementioned crimes.**
21

22

23

24

25

26

27

28

ATTACHMENT B - 3
USAO #2019R01259

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970